**RECEIVED**
NOV 30 2018
**BY MAIL**

November 23, 2018

AUDEY G. FLEISSIG
UNITED STATES DISTRICT JUDGE
111 S. Tenth Street
St. Louis, Missouri 63102

Re: 4:18-CV-00821-AGF

Dear Judge:

    First of all I want to thank you and the clerk, for hearing and filling my case. I'm not sure what to say. I've never written a judge or a federal judge. So please forgive me if I may say the wrong things. So, let me get to the facts in this case that needs to be address.
    It truely a blessing from God I'm hear now writting you this letter. As you can see I'm in ST. Francois County Jail. The justice system here has been broken. And so have I. Judge weeks after I filed this complaint. Preston Turner burned me with hot water mixed with some ~~some~~ kind of chemical. I suffer

1 of 3

burn in my face and arms. I did not receive medical attention. There was no medical staff to help me. My lawyer withness the staff state that, I can't get medical attention. And they wasn't going to take me to the hosptial. My lawyer address to court Re: 15SF-CR01156-01 to Judge Wendy Horn about me getting burned again and nothing being done about it.

Judge Wendy Horn lourrer my bond. I suffer from 2nd degree burn. 15% of my arm and some of my face and head.

And also I've been getting assaulted by imates monthly. My mother Mashan Talyor 870-740-2040 withness blood on my clothes the last time she came to visit me. There blood in my cell on the wall now. Hardy White made a statement to me that he hate the he had to charge Preston Turner with a crime for burning me.

The staff to my legal pappers. <u>Please help me!</u> <u>I'm losing hope!!</u> (REPRIZEAL)

We the People of the United States, in order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United State of America.

Gentlemen may cry, peace, peace - but there is no peace. The war is actually begun! The next gale that sweeps from the North will bring to our ears the clash of resounding arms! Our brethren are already in the field! Why stand we here idle? What is it that gentlemen wish? What would they have? Is life so dear, or peace so sweet, as to be purchased at the price of chains and slavery? Forbid it, Almighty God! I know not what course other may take; but as for me, give me <u>LIBERTY</u>, or give me <u>DEATH!</u>

November 23, 2018

*D J D*

GASTRO Dennis 83640
ST. Francois CO. Jail
1550 Doubet Rd
Farmington, MO 63640

3 of 3